1    HEATHER E. WILLIAMS, Bar #122664
     Federal Defender
2    BENJAMIN A. GERSON, NY Bar # 5505144
     Assistant Federal Defender
3    Designated Counsel for Service
     2300 Tulare Street, Suite 330
4    Fresno, CA  93721-2226
     Telephone: (559) 487-5561
5    Fax: (559) 487-5950

6    Attorneys for Defendant
     MICHAEL OSAGE
7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          Case No.  6:20-po-00360-JDP

12            Plaintiff,                 **STIPULATION TO CONTINUE STATUS
                                         CONFERENCE**
13   vs.

14   MICHAEL OSAGE,                      Date:   January 26, 2021
                                         Time:   10:00 a.m.
15            Defendant.                 Judge:  Hon. Jeremy D. Peterson

16

17        The parties, through their respective counsel, Sean Anderson, Acting Legal Officer,

18   counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the

19   defendant, Michael Osage, hereby stipulate and jointly move this Court to continue Mr. Osage's

20   status conference from November 4, 2020 until January 26, 2021.  Mr. Osage is working to resolve

21   his license suspension through the Department of Motor Vehicles.  Unfortunately ongoing

22   COVID-19 closures have delayed his efforts.  The parties are have reached a tentative settlement

23   pending the resolution of Mr. Osage's license suspension. The undersigned defense counsel

24   requests that Mr. Osage's status conference be continued until January 26, 2021 with the goal of

25   settling the case as soon as possible.  The Government does not object.

26   //

27   //

28   //

1
                                       Respectfully submitted,

2
                                         McGREGOR SCOTT
                                         United States Attorney

3

4
Dated:  October 29, 2020          */s/ Sean Anderson*
                                         SEAN ANDERSON

5
                                         Acting Legal Officer
                                         National Park Service

6
                                         Yosemite National Park

7

8
Dated:  October 29, 2020          HEATHER E. WILLIAMS
                                         Federal Defender

9

10
                                         */s/  Benjamin A. Gerson*
                                         BENJAMIN A. GERSON

11
                                         Assistant Federal Defender
                                         Attorney for Defendant

12
                                         MICHAEL OSAGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Good cause appearing, the above stipulation to continue case 6:20-po-00360 JDP until January 26, 2021 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.


Dated:    October 30, 2020    _____

UNITED STATES MAGISTRATE JUDGE