1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY Bar # 5505144
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   MICHAEL OSAGE
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No.  6:20-po-00360

12              Plaintiff,               **STIPULATION TO CONTINUE STATUS**
                                         **CONFERENCE**
13  vs.

14  MICHAEL OSAGE,                       Date:   February 23, 2021
                                         Time:   10:00 a.m.
15              Defendant.               Judge:  Hon. Helena Barch-Kuchta

16

17          The parties, through their respective counsel, Sean Anderson, Acting Legal Officer,

18  counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the

19  defendant, Michael Osage, hereby stipulate and jointly move this Court to continue Mr. Osage's

20  status conference from January 19, 2021 until February 23, 2021.  The parties are have reached a

21  tentative settlement pending the resolution of Mr. Osage's license suspension.  Mr. Osage is

22  working to resolve his license suspension through the Department of Motor Vehicles. Mr Osage is

23  currently registered to begin a DMV mandated driver's course on February 2, 2021.  It is the

24  understanding of the parties that he will be eligible for a license after that date.  The undersigned

25  defense counsel requests that Mr. Osage's status conference be continued until February 23, 2021

26  to allow him time to get his driver's license.  The Government does not object.

27  //

28  //

1                                           Respectfully submitted,

2                                           McGREGOR SCOTT
United States Attorney

3

4 Dated:  January 22, 2021             */s/ Sean Anderson*
SEAN ANDERSON

5                                           Acting Legal Officer
National Park Service

6                                           Yosemite National Park

7

8 Dated:  January 22, 2021             HEATHER E. WILLIAMS
Federal Defender

9

10                                        */s/  Benjamin A. Gerson*
BENJAMIN A. GERSON

11                                        Assistant Federal Defender
Attorney for Defendant

12                                        MICHAEL OSAGE

13

14                                   **O R D E R**

15        Good cause appearing, the above stipulation to continue case 6:20-po-00360 JDP until

16 February 23, 2021 is hereby accepted and adopted as the order of this Court.

17

18 IT IS SO ORDERED.

19

20 Dated:   January 26, 2021

                                                                HELENA M. BARCH-KUCHTA

21                                                    UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28